# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| LESLIE A. HAYES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 3:07-cv-00403 |
| | ) |
| AMERICAN BANKERS INSURANCE | ) |
| COMPANY OF FLORIDA, | ) |
| | ) |
|     Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this civil action which have appeared, Plaintiff, Leslie A. Hayes, and Defendant, American Bankers Insurance Company of Florida, hereby stipulate that this civil action may be dismissed, with prejudice, with no fees or costs awarded to either party.

WE SO STIPULATE.

                                              Respectfully submitted,

                                              s/John E. Winters
                                              KRAMER RAYSON, LLP
                                              P.O. Box 629
                                              Knoxville, TN 37901
                                              (865) 544-3833

                                              *Attorney for Leslie A. Hayes*

                                              s/S. Russell Headrick
                                              S. Russell Headrick (TN05705)
                                              BAKER, DONELSON, BEARMAN
                                               CALDWELL & BERKOWITZ, P.C.
                                              165 Madison Ave., Suite 2000
                                              Memphis, TN 38103
                                              (901) 577-2366
                                              (901) 577-4264 *facsimile*

M SRH1 1070580 v2
2790883-000042 3/10/2008

s/R. Brad Morgan
R. Brad Morgan (TN02620)
BAKER, DONELSON, BEARMAN
 CALDWELL & BERKOWITZ, P.C.
2200 Riverview Tower
900 South Gay Street
Knoxville, TN  37902
(865) 549-7215
(865) 633-7215 *facsimile*

*Attorneys for American Bankers Insurance Company of Florida*